THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH (68581)
HELEN J. HODGES (131674)
JONAH H. GOLDSTEIN (193777)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
     - and -
JONATHAN E. BEHAR (174916)
355 South Grand Avenue
Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007
213/617-9185 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**ORIGINAL**

| | |
|---|---|
| SUZANNE BELL, Derivatively On Behalf of GUESS?, INC., | No.01-04151-LGB(RNBx) |
| Plaintiff, | (Derivative Action) |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| MAURICE MARCIANO, et al., | |
| Defendants, | |
| - and - | |
| GUESS?, INC., a Delaware corporation, | |
| Nominal Defendant. | |

1     IT IS HEREBY STIPULATED by and between the parties hereto, through their
2 undersigned counsel of record, that an order may be entered as follows:

3     WHEREAS, this action was originally filed by plaintiff on May 7, 2001;

4     WHEREAS, the parties stipulated to stay this action pending the outcome of
5 a shareholder derivative action filed on March 15, 2001 in the Delaware Chancery
6 Court, *Goldman v. Isaacs, et al.*, Civil Action No. 18732NC (the "*Goldman* Action"),
7 which involved similar claims and factual allegations;

8     WHEREAS, on February 12, 2002, the Delaware Chancery Court ordered the
9 dismissal of the *Goldman* action;

10     WHEREAS, this Court received the Notice of Status of Related Case, filed on
11 February 14, 2002, and has been notified of the outcome of the related *Goldman*
12 Action;

13     WHEREAS, this Court has declined to set a status conference in this action in
14 light of the dismissal of the *Goldman* action;

15     WHEREAS, notice to class members was deemed unnecessary in the dismissal
16 of the federal securities class action, *In re Guess?, Inc. Securities Litigation*, CV-01-
17 00871-LGB(RNBx); and

18     WHEREAS, the parties agree that notice is unnecessary for the dismissal of
19 this action.

20     IT IS HEREBY STIPULATED, by and between the parties to this action,
21 through their counsel of record, as follows that:

1.     The above-captioned action is hereby dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1) and 23.1; and

2.     Each side is to bear its own costs and attorney fees.

DATED: March 26, 2002

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
JONATHAN E. BEHAR


*Jonathan E. Behar*
_____
JONATHAN E. BEHAR

355 South Grand Avenue
Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007
213/617-9185 (fax)

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
HELEN J. HODGES
JONAH H. GOLDSTEIN
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff Suzanne Bell

DATED: March ___, 2002

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
SETH ARONSON
SHARON L. TOMKINS

_____
SHARON L. TOMKINS

400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213/430-6000
213/430-6407 (fax)

Counsel for Defendants

-2-

1. The above-captioned action is hereby dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1) and 23.1; and

2. Each side is to bear its own costs and attorney fees.

DATED: March 26, 2002

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
JONATHAN E. BEHAR


_____
   JONATHAN E. BEHAR

355 South Grand Avenue
Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007
213/617-9185 (fax)

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
HELEN J. HODGES
JONAH H. GOLDSTEIN
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff Suzanne Bell

DATED: March 27, 2002

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
SETH ARONSON
SHARON L. TOMKINS


_____
   SHARON L. TOMKINS

400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213/430-6000
213/430-6407 (fax)

Counsel for Defendants

-2-

1 | * * *

2 | **ORDER**

3 | 1. The above-captioned action is hereby dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1) and 23.1; and

5 | 2. Each side is to bear its own costs and attorney fees.

6 | IT IS SO ORDERED.

DATED: 3/28/02

THE HONORABLE LOURDES G. BAIRD
UNITED STATES DISTRICT JUDGE

28 | G:\Cases\Guess3\CJD800380.Stp

-3-

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071-3172.

2. That on March 27, 2002, declarant served the STIPULATION AND [PROPOSED] ORDER OF DISMISSAL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2002, at Los Angeles, California.

_____
CYNTHIA DORSEY

GUESS III
Service List - 03/27/02
Page 1

COUNSEL FOR PLAINTIFF(S)

Kevin J. Yourman
WEISS & YOURMAN
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
 310/208-2800
 310/209-2348 (fax)

Charles J. Piven
LAW OFFICES OF CHARLES J.
 PIVEN, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
 410/332-0030
 410/685-1300 (fax)

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DEVALERIO PEASE TABACCO
 BURT & PUCILLO
425 California St., Suite 2025
San Francisco, CA 94104-2205
 415/433-3200
 415/433-6382 (fax)

Andrew M. Schatz
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106
 860/493-6292
 860/493-6290 (fax)

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
 561/231-4202
 561/231-4042 (fax)

Paul J. Geller
CAULEY, GELLER, BOWMAN &
 COATES, LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
 561/750-3000
 561/750-3364 (fax)

Marc A. Topaz
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
 610/667-7706
 610/667-7056 (fax)

Jonathan E. Behar
MILBERG WEISS BERSHAD HYNES &
 LERACH LLP
355 South Grand Avenue
Suite 4170
Los Angeles, CA 90071
 213/617-9007
 213/617-9185 (fax)

Michael D. Braun
Timothy J. Burke
STULL, STULL & BRODY
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
 310/209-2468
 310/209-2087 (fax)

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
 610/660-8000
 610/660-8080 (fax)

Brian M. Felgoise
LAW OFFICES OF BRIAN M.
 FELGOISE
230 South Broad Street
Suite 404
Philadelphia, PA 19102
 215/735-6810
 215/735-5185 (fax)

Alan Schulman
Robert S. Gans
Wolfram Worms
BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
12544 High Bluff Dr., Suite 150
San Diego, CA 92130
 858/793-0070
 858/793-0323 (fax)

GUESS III
Service List - 03/27/02
Page 2

COUNSEL FOR PLAINTIFF(S)

Wallace A. Showman
LAW OFFICES OF WALLACE A.
  SHOWMAN, P.C.
1350 Avenue of the Americas
29th Floor
New York, NY 10019
 212/333-2322
 212/581-8958 (fax)

Brian J. Robbins
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
 619/525-3990
 619/525-3991 (fax)

Stephen D. Oestreich
SLOTNICK, SHAPIRO & CROCKER,
  LLP
100 Park Avenue, 35th Floor
New York, NY 10017
 212/687-5000
 212/687-3080 (fax)

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street, 4th Floor
New York, NY 10017
 212/687-7230
 212/490-2022 (fax)

Douglas M. McKeige
BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
1285 Ave of the Americas, 33rd Fl.
New York, NY 10019
 212/554-1400
 212/554-1444 (fax)

Evan Smith
BRODSKY & SMITH, LLC
11 Bala Avenue, Suite 39
Bala Cynwyd, PA 19004
 610/668-7987
 610/660-0450 (fax)

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
601 Montgomery Street, Suite 300
San Francisco, CA 94111
 415/772-4700
 415/772-4707 (fax)

William S. Lerach
Helen J. Hodges
Jonah H. Goldstein
MILBERG WEISS BERSHAD HYNES &
  LERACH LLP
401 B Street, Suite 1700
San Diego, CA 92101-5050
 619/231-1058
 619/231-7423 (fax)

Jeffrey C. Block
Michael G. Lange
Sara B. Davis
BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO
One Liberty Square
Boston, MA 02109
 617/542-8300
 617/542-1194 (fax)

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
 212/687-1980
 212/687-7714 (fax)

Case 2:01-cv-04151-LGB-RNB   Document 10   Filed 03/28/02   Page 9 of 9   Page ID #:15

GUESS III
Service List - 03/27/02
Page 3

COUNSEL FOR PLAINTIFF(S)

Marvin L. Frank
RABIN & PECKEL, LLP
275 Madison Avenue
New York, NY 10016
 212/682-1818
 212/682-1892 (fax)


COUNSEL FOR DEFENDANTS

Daniel M. Petrocelli
Seth Aronson
O'MELVENY & MYERS LLP
400 South Hope Street
Suite 1060
Los Angeles, CA 90071-2899
 213/430-6000
 213/430-6407 (fax)

*